IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00051-REB-CBS

SCOTT A. CUNNINGAHM,

    Plaintiff,

v.

BHP BILLITON PETROLEUM GREAT BRITAIN LIMITED,
a United Kingdom private limited company,
BHP PETROLEUM GREAT BRITAIN, PLC, a United Kingdom limited company,
BHP PETROLEUM, (U.K.) CORPORATION, a Delaware corporation, and
HAMILTON BROTHERS PETROLEUM CORPORATION, a Delaware corporation,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Upon agreement by the parties during a telephonic communication on July 13, 2005, it is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint (filed June 3, 2005, *doc. no. 66*) is **GRANTED**. The Clerk's office is instructed to accept for filing, the amended complaint tendered to the court on June 3, 2005, as of the date of this order. The hearing set for July 18, 2005, is **VACATED**. It is further

    **ORDERED** that Plaintiff's Unopposed Motion for Extension of Time for the Parties to Designate Expert Witnesses (filed July 13, 2005; *doc. no. 74*) is **GRANTED**. The deadline to submit Rule 26(a)(2) affirmative expert disclosures is extended to **July 29, 2005**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    July 14, 2005