**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-00051-REB-CBS

SCOTT A. CUNNINGHAM,

    Plaintiff,

v.

BHP BILLITON PETROLEUM GREAT BRITAIN LIMIT, a United Kingdom private limited company,
BHP PETROLEUM GREAT BRITAIN PLC, a United Kingdom limited company, and
BHP PETROLEUM, (U.K.) CORPORATION, a Delaware corporation,

    Defendants.

## ORDER REMANDING CASE TO STATE COURT

**Blackburn, J.**

On February 17, 2006, the parties filed a **Joint Motion to Remand** [#93]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be remanded to the District Court, City and County of Denver.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Remand** [#93], filed February 17, 2006, is **GRANTED**; and

2.  That this is action is **REMANDED** to the District Court, City and County of Denver, Colorado, (Case No. 03CV9513).

Dated February 27, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**